IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCIA THOMAS,

    *Plaintiff*,

v.                                            Case No.: 4:25cv9-MW/MAF

HCA CAPITAL HOSPITAL, et al.,

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. Insofar as Plaintiff seeks leave to file a second amended complaint, her objections are construed as a motion for leave to amend. ECF No. 8 at 1, Plaintiff's motion, ECF No. 8, is **GRANTED**. The Report and Recommendation, ECF No. 7, is **REJECTED**. Plaintiff may file a second amended complaint **on or before Friday April 18, 2025**. However, Plaintiff is cautioned that she does not have unlimited opportunities to amend. In the event Plaintiff fails to state a claim in her second amended complaint, this Court will not so freely grant leave to amend a second time. Accordingly, this matter is referred back to the Magistrate Judge for further

proceedings.

    **SO ORDERED on April 3, 2025.**

    <u>**s/Mark E. Walker**</u>
    **Chief United States District Judge**