# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARCIA THOMAS,**

    *Plaintiff*,

v.                                                  **Case No.: 4:25cv9-MW/MAF**

**HCA CAPITAL HOSPITAL, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Nineteen days after the report and recommendation was filed, Plaintiff submitted a notice of change of address. ECF No. 12. However, the report and recommendation, ECF No. 11, was never returned as undeliverable and no objections have been filed. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The second amended complaint, ECF No. 10, is **DISMISSED** for failure to state a claim upon which

relief may be granted." The Clerk shall close the file.

    **SO ORDERED on May 6, 2025.**

                                      <u>s/Mark E. Walker                </u>
                                      **Chief United States District Judge**